People v Moss (2024 NY Slip Op 00501)

People v Moss

2024 NY Slip Op 00501

Decided on February 2, 2024

Appellate Division, Fourth Department

Published by New York State Law Reporting Bureau pursuant to Judiciary Law § 431.

This opinion is uncorrected and subject to revision before publication in the Official Reports.

Decided on February 2, 2024
SUPREME COURT OF THE STATE OF NEW YORK
Appellate Division, Fourth Judicial Department

PRESENT: LINDLEY, J.P., MONTOUR, OGDEN, AND GREENWOOD, JJ.

40 KA 22-00746

[*1]THE PEOPLE OF THE STATE OF NEW YORK, RESPONDENT,
v
DWIGHT MOSS, DEFENDANT-APPELLANT. 

JULIE CIANCA, PUBLIC DEFENDER, ROCHESTER (DAVID R. JUERGENS OF COUNSEL), FOR DEFENDANT-APPELLANT. 
SANDRA DOORLEY, DISTRICT ATTORNEY, ROCHESTER (AMY N. WALENDZIAK OF COUNSEL), FOR RESPONDENT. 

 Appeal from a resentence of the Monroe County Court (Michael L. Dollinger, J.), rendered April 19, 2022. Defendant was resentenced upon his conviction of sexual abuse in the first degree and endangering the welfare of a child. 
It is hereby ORDERED that the resentence so appealed from is unanimously affirmed.
Entered: February 2, 2024
Ann Dillon Flynn
Clerk of the Court